IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:20-CV-504-M

| | |
|---|---|
| LUZ HERNANDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| MOBILE LINK (N.C.) LLC, and, ) | |
| MOBILELINK NORTH CAROLINA, LLC, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Local Civil Rule 79.2, Plaintiff's Unopposed Motion for Leave to File Under Seal Docket 22-1 [DE 25] is GRANTED. The Clerk of the Court is directed to maintain under seal the document at DE 22-1 until further order of the Court. A redacted copy of the document is filed on the public docket at DE 24-1.

SO ORDERED this 17th day of December, 2020.

RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE