IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:20-cv-00504

| | |
|---|---|
| LUZ HERNANDEZ, on behalf of herself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>MOBILE LINK (N.C.) LLC, MOBILELINK NORTH CAROLINA LLC, CRICKET WIRELESS LLC<br><br>Defendants. | **DEFENDANT CRICKET WIRELESS, LLC'S PARTIAL MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

**COMES NOW** Defendant, CRICKET WIRELESS LLC ("Cricket Wireless" or "Defendant"), by and through its undersigned counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Local Rules 7.1 and 7.2, and hereby moves the Court for an Order partially dismissing Plaintiff Luz Hernandez's ("Plaintiff") Second Amended Complaint [DE # 84]. For reasons as more fully explained in the *Memorandum of Law in Support of Defendant Cricket Wireless LLC's Partial Motion to Dismiss Plaintiff's Second Amended Complaint*, Cricket Wireless contends that Plaintiff's Third Cause of Action must be dismissed as she never filed a Charge of Discrimination against Cricket Wireless, and as such, Plaintiff has failed to exhaust her administrative remedies under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, and therefore, has failed to state a claim upon which relief can be granted.

As such, Defendant Cricket Wireless respectfully requests that Plaintiff's Second Amended Complaint should be **PARTIALLY DISMISSED** as to her Third Cause of Action.

Respectfully submitted this the 21st day of March, 2022.

          **JACKSON LEWIS P.C.**

BY:    */s/ Ted N. Kazaglis*
        TED N. KAZAGLIS
        N. C. State Bar No. 36452
        Jackson Lewis P.C.
        3737 Glenwood Avenue, Suite 450
        Raleigh, NC 27612
        Telephone: (919) 760-6460
        Facsimile: (919) 760-6461
        Email: Ted.Kazaglis@jacksonlewis.com

        JOSHUA R. ADAMS
        N. C. State Bar No. 49038
        200 South College Street
        Suite 1550, 15th Floor
        Charlotte, NC 28202
        Telephone: (980) 465-7239
        Email: Joshua.Adams@jacksonlewis.com

        THOMAS M. LUCAS (*pro hac vice*)
        MILENA RADOVIC (*pro hac vice*)
        SHAUN M. BENNETT (*pro hac vice*)
        Jackson Lewis P.C.
        500 E Main Street, Suite 800
        Norfolk, VA 23510
        Telephone: (757) 648-1445
        Facsimile: (757) 648-1418
        Email: thomas.lucas@jacksonlewis.com
              milena.radovic@jacksonlewis.com
              shaun.bennett@jacksonlewis.com

        *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:20-cv-00504

| | |
|---|---|
| LUZ HERNANDEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MOBILE LINK (N.C.) LLC, MOBILELINK NORTH CAROLINA LLC, CRICKET WIRELESS LLC<br><br>Defendants. | **CERTIFICATE OF SERVICE** |

The undersigned certifies that on March 21, 2022, the foregoing was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system, which will send notification of such filing as follows:

Gilda A. Hernandez, Esq.
Charlotte C. Smith, Esq.
The Law Offices of Gilda A. Hernandez, PLLC
1020 Southhill Dr., Ste. 130
Cary, North Carolina 27513
Telephone: (919) 741-8693
Ghernandez@gildahernandezlaw.com
Csmith@gildahernandez.com
*Attorneys for Plaintiff*

**JACKSON LEWIS P.C.**

BY: /s/ *Ted N. Kazaglis*
TED N. KAZAGLIS
N. C. State Bar No. 36452
Jackson Lewis P.C.
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Ted.Kazaglis@jacksonlewis.com

JOSHUA R. ADAMS
N. C. State Bar No. 49038
200 South College Street
Suite 1550, 15th Floor
Charlotte, NC  28202
Telephone: (980) 465-7239
Email:  Joshua.Adams@jacksonlewis.com

THOMAS M. LUCAS (*pro hac vice*)
MILENA RADOVIC (*pro hac vice*)
SHAUN M. BENNETT (*pro hac vice*)
Jackson Lewis P.C.
500 E Main Street, Suite 800
Norfolk, VA 23510
Telephone: (757) 648-1445
Facsimile:   (757) 648-1418
Email: thomas.lucas@jacksonlewis.com
         milena.radovic@jacksonlewis.com
         shaun.bennett@jacksonlewis.com

*Attorneys for Defendants*