UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-504-M

| | |
|---|---|
| LUZ HERNANDEZ, on behalf of herself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) MOBILELINK (N.C.) LLC, ) MOBILELINK NORTH CAROLINA LLC, ) and CRICKET WIRELESS LLC, ) ) Defendants. ) | **ORDER** |

The court previously stayed discovery in this action pending disposition of Plaintiff's motion for leave to amend her complaint. (Order Staying Discovery [DE #81].) On December 20, 2021, Plaintiff was granted leave to amend her complaint, and the stay was lifted March 10, 2022, upon the appearance of Defendant Cricket Wireless LLC. (Order Granting Leave Amend [DE #83]; Notices Appearance [DE ##88-92].)

On or before **April 15, 2022**, the parties shall confer and submit to the court a proposed discovery plan in accordance with Rule 26(f) of the Federal Rules of Civil Procedure.

This 25th day of March 2022.

KIMBERLY A. SWANK
United States Magistrate Judge