# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| LUZ HERNANDEZ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:20-cv-00504-M |
| MOBILE LINK (N.C.) LLC, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF, LUZ HERNANDEZ, AND ALL OTHERS SIMILARLY SITUATED.

Date: 01/31/2023

/s/ Matthew D. Wright
*Attorney's signature*

Matthew D. Wright (NC Bar No. 58306)
*Printed name and bar number*

The Law Offices of Gilda A. Hernandez, PLLC
1020 Southhill Drive, Suite 130
Cary, NC 27513
*Address*

mwright@gildahernandezlaw.com
*E-mail address*

(919) 741-8693
*Telephone number*

(919) 869-1853
*FAX number*

# CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2023, the foregoing **NOTICE OF APPEARANCE** was served in accordance with the Federal Rules of Civil Procedure on the following:

Ted N. Kazaglis
Jackson Lewis P.C.
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Ted.Kazaglis@jacksonlewis.com

Joshua R. Adams
Jackson Lewis P.C.
200 South College Street
Suite 1550, 15th Floor
Charlotte, NC 28202
Telephone: (980) 465-7239
Joshua.Adams@jacksonlewis.com

Thomas M. Lucas (*pro hac vice*)
Milena Radovic (*pro hac vice*)
Shaun M. Bennett (*pro hac vice*)
**JACKSON LEWIS P.C.**
500 E Main Street, Suite 800
Norfolk, VA 23510
Telephone: (757) 648-1445
Facsimile: (757) 648-1418
thomas.lucas@jacksonlewis.com
milena.radovic@jacksonlewis.com
shaun.bennett@jacksonlewis.com
*Attorneys for Defendants*

/s/ Matthew D. Wright
Gilda A. Hernandez (NCSB No. 36812)
Charlotte C. Smith (NCSB No. 53616)
Matthew D. Wright (NCSB No. 58306)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Ste. 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com
mwright@gildahernandezlaw.com
*Attorneys for Plaintiff*